IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JENNIFER GANCZARSKI, | No. 3:19-CV-01723 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| OLLIE'S BARGAIN OUTLET, INC., | |
| Defendant. | |

## ORDER

### OCTOBER 20, 2022

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Ollie's Motion for Summary Judgment (Doc. 32) is **GRANTED**;

2. Final Judgment is entered in favor of the Ollie's and against Plaintiff Jennifer Ganczarski; and

3. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge